STATE NATIONAL BANK, OF VERNON, TEXAS, v. WAXAHACHIE
NATIONAL BANK.

Decided June 3, 1896.

Appeal—Final Judgment.

A judgment which fails to dispose of the rights of a party properly made defendant and against whom specific and appropriate relief is asked in the petition is not final and will not support an appeal.

APPEAL from the District Court of Wilbarger County. Tried below before Hon. G. A. BROWN.

The suit was brought against the Vernon Bank and others to set aside a trustee's sale and deed of land. This was done, and the lien sought to be enforced thereby was adjudged subject to the lien on the property claimed by plaintiff. From this judgment the defendant bank appealed.

*J. A. Lucky* and *W. D. Berry*, for appellant.

*Smith & Basham*, for appellee.

KEY, Associate Justice.— *Opinion.*—Appellee, as plaintiff, brought this suit against the State National Bank of Vernon, R. B. Gaut, F. M. Mabry and A. U. Thomas, as defendants.

The original petition connects the defendant Thomas as purchaser under a sale made by defendant Mabry as trustee, with the transaction which, in part, forms the basis of the plaintiff's suit; and specific and appropriate relief is asked in said petition as against Thomas; and we find nothing in the record showing that the plaintiff dismissed as to him.

The judgment recites that the defendant A. U. Thomas was duly cited; that he failed to answer, but made default; but it nowhere disposes of him as a party to the suit, nor of the cause of action set forth against him in the plaintiff's petition.

Such being the case, it is not a final judgment, and therefore this court has no jurisdiction of the appeal. Simpson v. Bennett, 42 Texas, 241; Linn v. Arambauld, 55 Texas, 611; Railway v. Railway, 68 Texas, 98; Mignon v. Brinson, 74 Texas, 18; Mills v. Paul, 23 S. W. Rep., 189; Mills v. Paul, 23 S. W. Rep., 395. The appeal is dismissed.

*Appeal dismissed.*